# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>JAIME JEAN MORAN,<br><br>      Defendant. | 4:12-cr-00027-BMM<br><br>**ORDER** |

  Defendant Jaime Jean Moran has moved for early termination of her current term of supervised release. (Doc. 208.) The Government does not oppose early termination of Moran's supervised release. (*Id.* at 2.) The Court conducted a hearing on Moran's motion on September 2, 2020. For the reasons below, the Court will grant Moran's motion.

  Moran pleaded guilty to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). (Doc. 84.) The Court sentenced Moran to 80 months imprisonment followed by 48 months of supervised release. (*Id.*) Moran's supervised release commenced on February 17, 2017. Moran has completed more than two-thirds of her term of supervised release. Supervision is scheduled to expire on February 17, 2021.

  Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such

action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

United States Probation Officer Kyle McCall currently supervises Moran and does not oppose early termination of Moran's supervised release. (Doc. 209 at 4.) The record reflects that Moran has complied substantially with her supervision conditions. Moran has demonstrated that she is able to conform her conduct to the law. Moran has changed her lifestyle to address the Court's obligations. Moran does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 208) is **GRANTED**.

DATED this 2nd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court